

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 13, 1939

Mr. E. R. Jennings
County Auditor
Kountze, Texas

Dear Mr. Jennings:

Opinion No. 0-20
Re: Is the County Attorney
entitled to any fee under
Article 1055 in cases of
acquittal?

Your letter of December 22, 1938, addressed to the
Honorable William McCraw, then Attorney General, has been
received by this office.

You are advised: Article 1055 C.C.P. is the sub-
ject of a conference opinion adopted by this department on
January 11, The conference opinion held the purported amend-
ment to Article 1055 unconstitutional. We enclose a copy of
the opinion and under the holding therein, each of your three
questions must be answered in the negative

The County Attorney would be entitled to receive
from the county, one-half of his legal costs in misdemeanor
cases only in the event of conviction, and then only if the
judgment of conviction was satisfied by the convict by labor
in the work house, on the county farm, on the public roads,
or upon any public works of the county.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Assistant

BW:RD.

ENCLOSURE